■ In the Matter of the Claim of JOSEPH GRECO, Respondent, v. PEL-PARK LANES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— MEMORANDUM BY THE COURT. The record, in our view, contains no substantial evidence that the act of the claimant, participating with a patron in a football blocking maneuver as a result of which he was knocked down and injured, was necessary or incidental to the maintenance of order on the employer's premises. Decision reversed and claim dismissed, with costs to appellants against the Workmen's Compensation Board. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.